Mark T. Domeyer, Esq.
CA Bar No. 135008
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626
(714) 481-9100 / FAX (714) 481-9144
File No. 07-68610

Attorneys for Secured Creditor
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS")

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### SAN DIEGO DIVISION

In Re,

DOROTHY A. GIACALONE,

        Debtor(s).

BK No.: 07-06558-JH7

Chapter 7

**REQUEST FOR SPECIAL NOTICE**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

    PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"), requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

    Mark T. Domeyer, Esq.
    MILES, BAUER, BERGSTROM & WINTERS, LLP
    1665 Scenic Avenue, Suite 200
    Costa Mesa, CA 92626
    PH (714) 481-9100

Dated: 12/04/07

MILES, BAUER, BERGSTROM & WINTERS, LLP

By: /s/ Mark T. Domeyer
    Mark T. Domeyer, Esq.
    Attorney for Secured Creditor

1

**PROOF OF SERVICE**

I, ___Estrella P. Tan___, certify that I am a resident of Orange County, I am over the age of eighteen (18) and not a party to the within action, and that my business address is: 1665 Scenic Avenue, Suite 200, Costa Mesa, CA 92626.

On ___December 5, 2007___, I served the within **Request for Special Notice** on all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail at Costa Mesa, California, addressed as follows:

ATTORNEY FOR DEBTOR:
Jeffery S. Styers
Law Offices of Jeffery S. Styers
225 E. Third Avenue
Escondido, CA 92025

CHAPTER 7 TRUSTEE:
Nancy Wolf
P.O. Box 420448
San Diego, CA 92142

U.S. TRUSTEE:
402 West Broadway, Suite 600
San Diego, CA 92101-8511

I certify that I am employed in the office of a member of the Bar at whose direction this service was given.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___December 5, 2007___, at Costa Mesa, California.

                                    ___/s/ Estrella P. Tan___

(07-68610/rfsn.dot/prl)

2