CSD 2018 [04/28/96]
Name, Address, Telephone No. & I.D. No.

Nancy L. Wolf, Trustee
POB 420448
San Diego, CA 92124
(619) 239-9653

FILED DJ
2008 JAN -7 PM 12: 19
U.S. BANKRUPTCY CT
SO. DIST. OF CALIF.

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

Dorothy A. Giacalone,

Debtor.

BANKRUPTCY NO. 07-06558-JH7

## REPORT OF ABANDONMENT OF REAL PROPERTY

Pursuant to Local Bankruptcy Rule 6007, the undersigned Trustee hereby reports and represents that:

1. On 11/21/07, due notice of the Trustee's intent to abandon the property described herein was mailed to the debtor, the debtor's attorney and such other parties as required by Local Bankruptcy Rule 6007.

2. The time for filing a request for hearing has expired without an objection or request for hearing having been received by the undersigned.

3. The Trustee hereby abandons and forever disclaims any further interest in and to the following described real property of the debtor herein, to wit: (<u>Provide full legal description and street address</u> - use continuation sheet if necessary.)

Real property located at:

1. SFR at 9055 Three Seasons Road, San Diego, CA 92126

4. The right of possession of the abandoned property is hereby relinquished to the debtor, to be assumed at no cost to the undersigned. Said abandonment is subject to and without prejudice to any rights of any entity holding a valid lien against the property or of any right of redemption that may be exercised by the debtor under 11 U.S.C. §722.

I hereby declare under penalty of perjury that the foregoing statements are true to the best of my knowledge and belief.

DATED: 1/3/08

/s/ Nancy Wolf, Trustee
_____
Signature of Trustee

CSD 2018

## CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on  1/3/08 , I served a true copy of the within REPORT OF ABANDONMENT OF REAL PROPERTY by [describe here mode of service]

deposit in the U.S. Mail with first class postage affixed at San Diego, California and addressed on the following persons [set forth name and address of each person served]:

UNITED STATES TRUSTEE
Department of Justice
402 West Broadway, Suite 600
San Diego, CA 92101

Jeffery S. Styers, Esq.
225 E. Third Ave.
Escondido, CA 92025

I certify under penalty of perjury that the foregoing is true and correct.

Executed on  1/3/08 

/s/ Nancy Wolf
(Typed Name and Signature)
Nancy Wolf
POB 420448
(Address)

San Diego, CA 92142
(City, State, ZIP Code)

CSD 2018