CSD 2065 [04/04/05]

Court Telephone: (619) 557-5620
Court Hours: 9:00am-4:00pm, Monday-Friday
www.casb.uscourts.gov
NANCY WOLF, TRUSTEE
PO Box 420448
San Diego, CA 92143
Telephone: (619) 239-9653

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

DOROTHY A. GIACALONE

BANKRUPTCY NO. 07-06558-JH7

Debtor.

## TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT OF PROPERTY

TO THE DEBTOR, ALL CREDITORS, AND OTHER PARTIES IN INTEREST:

Pursuant to 11 U.S.C. § 554 and Federal Rule of Bankruptcy Procedure 6007(a), notice is hereby given that the undersigned Trustee for the estate of the above-named debtor intends to abandon the following property:

PROPERTY TO BE ABANDONED:

Any and all of the estate's right, title and interest in a beer and wine liquor license ("License")

ESTIMATED VALUE OF THE PROPERTY: $2,500

LIENS AGAINST THE PROPERTY: unknown

The property is to be abandoned because:

- [X] There is little or no equity in the property for the estate.
- [X] Costs of collection or litigation will probably exceed any recovery.
- [X] Preservation of the asset is burdensome to the bankruptcy estate.
- [X] Other: The debtor has claimed her interest in the property exempt under the provisions of C.C.P. Sec. 703.140(b)(5)

By abandoning the property, the Trustee is returning the property to the debtor because it cannot, for the reasons stated above, be liquidated for the benefit of creditors. Requests for additional information about the proposed abandonment should be directed to the Trustee named below.

CSD 2065

IF YOU OBJECT TO THE PROPOSED ABANDONMENT:

1. **YOU ARE REQUIRED** to obtain a hearing date and time from the appropriate Courtroom Deputy for the judge assigned to this bankruptcy case. Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letter:

    - M  -  call (619) 557-6019  -  DEPARTMENT ONE (Room 218)
    - A  -  call (619) 557-6594  -  DEPARTMENT TWO (Room 118)
    - H  -  call (619) 557-6018  -  DEPARTMENT THREE (Room 129)
    - B  -  call (619) 557-5157  -  DEPARTMENT FOUR (Room 328)

2. **WITHIN TWENTY-EIGHT (28)[1] DAYS FROM THE DATE OF THIS NOTICE**, you are further required to serve a copy of your DECLARATION IN OPPOSITION TO THE ABANDONMENT and separate REQUEST AND NOTICE OF HEARING [Local Form CSD 1184[2]] upon the undersigned trustee, together with any opposing papers. A copy of these documents must also be served upon the United States Trustee at 402 W. Broadway, Suite 600, San Diego, CA 92101. The opposing declaration shall be signed and verified in the manner prescribed by Federal Rule of Bankruptcy Procedure 9011, and the declaration shall:

    a. identify the interest of the opposing party; and

    b. state, with particularity, the factual and legal grounds for the opposition.

3. **YOU MUST** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West "F" Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

    IF YOU FAIL TO SERVE YOUR "DECLARATION IN OPPOSITION TO THE ABANDONMENT" AND "REQUEST AND NOTICE OF HEARING" within the 28-day[1] period provided by this notice, NO HEARING SHALL TAKE PLACE, you shall lose your opportunity for hearing, and the moving party may proceed to take the intended action.

Dated: January 8, 2008                      /s/ Nancy Wolf, Trustee
                                            Nancy Wolf, Chapter 7 Trustee
                                            Address: PO Box 420448
                                                     San Diego, CA 92142

                                            Phone No.: (619) 239-9653
                                            E-mail: nwolf@epitrustee.com

---

[1]If you were served electronically or by mail, you have three (3) additional days to take the above-stated actions.

[2]You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

CSD 2065

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0974-3           User: llewis                 Page 1 of 2         Date Rcvd: Jan 08, 2008
Case: 07-06558                 Form ID: pdf904              Total Served: 65


The following entities were served by first class mail on Jan 10, 2008.
db          +Dorothy A Giacalone,   POB 87427,   San Diego, CA 92138-7427
aty         +Jeffery S. Styers,   Law Offices of Jeffery S. Styers,    225 E. Third Avenue,
              Escondido, CA 92025-4203
aty         +Mark T. Domeyer,   Miles, Bauer, Bergstrom & Winters, LLP,    1665 Scenic Avenue, Suite 200,
              Costa Mesa, CA 92626-1441
tr          +Nancy Wolf,   P.O. Box 420448,   San Diego, CA 92142-0448
9206015     +21st Century Insurance,   6301 Owensmouth Avenue,   Woodland Hills, CA 91367-2286
9206020     +AT&T,   Payment Center,   Sacramento, CA 95887-0001
9206016     +Acacia Funding,   999 Third Avenue, Suite 3800,   Seattle, WA 98104-4023
9206017     +Adley Soares,   2963 Wing Street,   San Diego, CA 92110-4744
9206018     +American Express,   POB 53773,   Phoenix, AZ 85072-3773
9206019     +Anheuser-Busch,   POB 80758,   San Diego, CA 92138-0758
9206021     +Bank of America,   POB 15726,   Wilmington, DE 19886-5726
9206022     +Capital One,   POB 60024,   City of Industry, CA 91716-0024
9206023     +Countrywide Bank,   POB 10219,   Van Nuys, CA 91410-0219
9206024     +Countywide Bank,   POB 10287,   Van Nuys, CA 91410-0287
9206025     +Crest Beverage Co.,   POB 26640,   San Diego, CA 92196-0640
9206026     +Dena Jellism,   2963 Wing Street,   San Diego, CA 92110-4744
9206027     +Diedrich Coffee,   28 Executive Park, Ste. 200,   Irvine, CA 92614-4741
9206028     +Ecolab,   POB 100512,   Pasadena, CA 91189-0001
9206029     +Ecolab Pest Elimination,   3535 S. 31st Street,   Grand Forks, ND 58201-3505
9206030     +Filippo & Rosalie Battaglia,   1118 Bangor Street,   San Diego, CA 92106-2406
9206031     +Fire Alarm Security,   2794 Loker Avenue West, #109A,   Carlsbad, CA 92010-6616
9206032     +Franchise Tax Board,   POB 942879,   Sacramento, CA 94279-0001
9206033     +HFC,   POB 60101,   City of Industry, CA 91716-0101
9206035     +HSBC,   POB 60102,   City of Industry, CA 91716-0102
9206034     +Home Brew Mart,   dba Ballast Point,   10051 Old Grove Road, Ste. B,   San Diego, CA 92131-1654
9206037    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,   24000 Avila Rd.,   Mail Stop 5501,
              Laguna Niguel, CA  92677)
9206036     +Infiniti Financial Services,   POB 894752,   Los Angeles, CA 90189-4752
9206039     +JC Penny,   POB 960001,   Orlando, FL 32896-0001
9206038     +Jack Mancino,   3768 Goldfinch Street,   San Diego, CA 92103-3956
9206040     +Jim Seaman,   2727 Shelter Island Drive,   San Diego, CA 92106-2730
9206041     +Kimball, Tirey & St. John, LLP,   1202 Kettner Blvd., Third Floor,   San Diego, CA 92101-3338
9206042     +La Jolla Law Group,   4330 LaJolla Village Drive, Ste. 220,   San Diego, CA 92122-6246
9206043     +Linda A. King & Associates,   2044 First Avenue, #200,   San Diego, CA 92101-2089
9206044     +Macy's,   POB 6938,   The Lakes, NV 88901-6938
9206046     +Martello Wines,   2006 Second Avenue,   San Diego, CA 92101-2016
9206047     +Mervyns,   POB 960013,   Orlando, FL 32896-0013
9206048     +Mesa Distributing,   8870 Liquid Court,   San Diego, CA 92121-2234
9206049      Mike Sherwin,   3420 Lillman Street,   San Diego, CA 92106
9206050     +Miramar Credit FCU,   POB 261370,   San Diego, CA 92196-1370
9206051     +Mission Valley Dental Group,   2650 Camino Del Rio N. #102,   San Diego, CA 92108-1630
9206052     +Moceri Produce,   8597 Spectrum Lane,   San Diego, CA 92121-2652
9206053     +Morgan Services,   1122 Roosevelt Street,   National City, CA 91950-3251
11356687    +Mortgage Electronic Registration Systems, Inc. ("M,   1665 Scenic Ave Ste 200,
              Costa Mesa, CA 92626-1441
9206054     +North American Capital,   1 Argnaut, #200,   ALiso Viejo, CA 92656-4122
9206055     +Pacific Refrigeration,   1440 Broadway,   El Cajon, CA 92021-5128
9206056     +Paul Mancino,   3768 Goldfinch Street,   San Diego, CA 92103-3956
9206057     +Pawnee,   700 Centre Avenue,   Ft. Collins, CO 80526-1842
9206058     +Personnel Concepts,   c/o RMS,   4836 Brecksville Road,   POB 523,   Richfield, OH 44286-0523
9206059     +Quickbooks Assisted Payroll,   Competing Resources Inc.,   1285 Financial Blvd.,
              Reno NV 89502-7103
9206060     +RBS Lynk,   600 Morgan Fells Road,   Atlanta, GA 30350-5810
9206064     +SDG&E,   POB 25111,   Santa Ana, CA 92799-5111
9206062     +Salvatore Battaglia,   1985 Dain Place,   Lomon Grove, CA 91945-4275
9206063     +San Diego National Bank,   1075 Rosecrans Street,   San Diego, CA 92106-3044
9206065     +State Compensation Insurance Fund,   POB 7980,   San Fancisco, CA 94120-7980
9206066     +Sysco Foods,   12180 Kirkham Road,   Poway, CA 92064-6879
9206067     +Target National Bank,   POB 59317,   Minneapolis, MN 55459-0317
9206068     +The Pepsi Bottling Group,   7995 Armour Street,   San Diego, CA 92111-3717
9206069     +Time Payment Corp.,   10 - M Commerce Way,   Woburn, MA 01801-1028
9206070     +Total Bio,   1900 N. Boca Avenue,   Los Angeles, CA 90032-3710
9206071     +Total Plumbing & Mechanical,   857 32nd Street,   San Diego, CA 92102-3339
9206072     +United Guaranty,   POB 20327,   Greensboro, NC 27420-0327
9206073     +Wachovia Dealer Services,   POB 25341,   Santa Ana, CA 92799-5341
9206074     +West Air Gases & Equipment,   POB 620338,   San Diego, CA 92162-0338
9206075     +Yellowpages.com,   4840 E. Jasmine Street, Ste. 105,   Mesa, AZ 85205-3321
9206076     +Young's Market Co.,   POB 30145,   Los Angeles, CA 90030-0145

The following entities were served by electronic transmission.
NONE.                                                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9206045      Maria & Maria Busalacchi,   NEED ADDRESS
9206061      Rose Castagnola,   NEED ADDRESS
```

```
District/off: 0974-3          User: llewis              Page 2 of 2              Date Rcvd: Jan 08, 2008
Case: 07-06558                Form ID: pdf904           Total Served: 65

cr*         +Mortgage Electronic Registration Systems, Inc. ("M,   1665 Scenic Avenue. Suite 200,
              Costa Mesa, CA 92626-1441
                                                                                    TOTALS: 2, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 10, 2008**                    **Signature:**    _Joseph Speetjens_