B18  
(Official Form 18)  
(12/07)

## United States Bankruptcy Court
Southern District of California  
Jacob Weinberger U.S. Courthouse  
325 West F Street  
San Diego, CA 92101–6991

Telephone: 619–557–5620  
Website: www.casb.uscourts.gov  
Hours: 9:00am–4:00pm Monday–Friday

In re: *Debtor name(s) used by the debtor in the last 8 years, including married, maiden, trade, and address:*

**Dorothy A Giacalone**  
 POB 87427  
San Diego, CA 92138

Social Security No.:   xxx–xx–3092  
*No Known Aliases*

Case number:  07–06558–LT7  
Chapter: 7  
Judge Laura S. Taylor

**Discharge of Debtor**

**AMENDED**

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:**   The debtor is granted a discharge under §727 of title 11, United States Code, (the Bankruptcy Code).

Dated: 2/28/08

By order of the court:

Barry K. Lander  
Clerk of the Bankruptcy Court

AMENDED to reflect service to all parties

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION**

B18 (Official Form 18)(12/07) – Continued

**EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

This court order grants a discharge to the person(s) named as the debtor(s). It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor(s) a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.]  A creditor who violates this order can be required to pay damages and attorney's fees to the debtor(s).

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case.  Also, a debtor may voluntarily pay any debt that has been discharged.

Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

Debts that are Not Discharged

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

   a. Debts for most taxes;
   b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);
   c. Debts that are domestic support obligations;
   d. Debts for most student loans;
   e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
   f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
   g. Some debts which were not properly listed by the debtor;
   h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
   i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
   j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans. (applies to cases filed on or after 10/17/2005)

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0974-3           User: jhoward                Page 1 of 2                    Date Rcvd: Feb 28, 2008
Case: 07-06558                 Form ID: b18                 Total Served: 72


The following entities were served by first class mail on Mar 01, 2008.
db           +Dorothy A Giacalone,    POB 87427,    San Diego, CA 92138-7427
aty          +Jeffery S. Styers,    Law Offices of Jeffery S. Styers,    225 E. Third Avenue,
               Escondido, CA 92025-4203
tr           +Nancy Wolf,    P.O. Box 420448,    San Diego, CA 92142-0448
smg          +Div. of Labor Standards Enforcement,    7575 Metropolitan Drive, Suite 210,
               San Diego, CA 92108-4424
smg          +Dun & Bradstreet,    Attn: Public Records, Maryanne Bachert,    899 Eaton Ave.,
               Bethlehem, PA 18025-0025
smg          +Employment Develop. Dept., State of CA,    Bankruptcy Unit - MIC 92E,    P.O. Box 826880,
               Sacramento, CA 94280-0001
smg          +State Board of Equalization,    P.O. Box 942879,    Sacramento, CA 94279-0001
9206015      +21st Century Insurance,    6301 Owensmouth Avenue,    Woodland Hills, CA 91367-2286
9206020      +AT&T,    Payment Center,    Sacramento, CA 95887-0001
9206016      +Acacia Funding,    999 Third Avenue, Suite 3800,    Seattle, WA 98104-4023
9206017      +Adley Soares,    2963 Wing Street,    San Diego, CA 92110-4744
9206018      +American Express,    POB 53773,    Phoenix, AZ 85072-3773
9206019      +Anheuser-Busch,    POB 80758,    San Diego, CA 92138-0758
9206021      +Bank of America,    POB 15726,    Wilmington, DE 19886-5726
9206024      +Countywide Bank,    POB 10287,    Van Nuys, CA 91410-0287
9206025      +Crest Beverage Co.,    POB 26640,    San Diego, CA 92196-0640
9206026      +Dena Jellism,    2963 Wing Street,    San Diego, CA 92110-4744
9206027      +Diedrich Coffee,    28 Executive Park, Ste. 200,    Irvine, CA 92614-4741
9206028      +Ecolab,    POB 100512,    Pasadena, CA 91189-0001
9206029      +Ecolab Pest Elimination,    3535 S. 31st Street,    Grand Forks, ND 58201-3505
9206030      +Filippo & Rosalie Battaglia,    1118 Bangor Street,    San Diego, CA 92106-2406
9206031      +Fire Alarm Security,    2794 Loker Avenue West, #109A,    Carlsbad, CA 92010-6616
9206032      +Franchise Tax Board,    POB 942879,    Sacramento, CA 94279-0001
9206034      +Home Brew Mart,    dba Ballast Point,    10051 Old Grove Road, Ste. B,    San Diego, CA 92131-1654
9206036      +Infiniti Financial Services,    POB 894752,    Los Angeles, CA 90189-4752
9206038      +Jack Mancino,    3768 Goldfinch Street,    San Diego, CA 92103-3956
9206040      +Jim Seaman,    2727 Shelter Island Drive,    San Diego, CA 92106-2730
9206041      +Kimball, Tirey & St. John, LLP,    1202 Kettner Blvd., Third Floor,    San Diego, CA 92101-3338
9206042      +La Jolla Law Group,    4330 LaJolla Village Drive, Ste. 220,    San Diego, CA 92122-6246
9206043      +Linda A. King & Associates,    2044 First Avenue, #200,    San Diego, CA 92101-2089
9206044      +Macy's,    POB 6938,    The Lakes, NV 88901-6938
9206046      +Martello Wines,    2006 Second Avenue,    San Diego, CA 92101-2016
9206048      +Mesa Distributing,    8870 Liquid Court,    San Diego, CA 92121-2234
9206049       Mike Sherwin,    3420 Lillman Street,    San Diego, CA 92106
9206050      +Miramar Credit FCU,    POB 261370,    San Diego, CA 92196-1370
9206051      +Mission Valley Dental Group,    2650 Camino Del Rio N. #102,    San Diego, CA 92108-1630
9206052      +Moceri Produce,    8597 Spectrum Lane,    San Diego, CA 92121-2652
9206053      +Morgan Services,    1122 Roosevelt Street,    National City, CA 91950-3251
11356687     +Mortgage Electronic Registration Systems, Inc. ("M,    1665 Scenic Ave Ste 200,
               Costa Mesa, CA 92626-1441
9206054      +North American Capital,    1 Argnaut, #200,    ALiso Viejo, CA 92656-4122
9206055      +Pacific Refrigeration,    1440 Broadway,    El Cajon, CA 92021-5128
9206056      +Paul Mancino,    3768 Goldfinch Street,    San Diego, CA 92103-3956
9206057      +Pawnee,    700 Centre Avenue,    Ft. Collins, CO 80526-1842
9206058      +Personnel Concepts,    c/o RMS,    4836 Brecksville Road,    POB 523,    Richfield, OH 44286-0523
9206059      +Quickbooks Assisted Payroll,    Competing Resources Inc.,    1285 Financial Blvd.,
               Reno NV 89502-7103
9206060      +RBS Lynk,    600 Morgan Fells Road,    Atlanta, GA 30350-5810
9206064      +SDG&E,    POB 25111,    Santa Ana, CA 92799-5111
9206062      +Salvatore Battaglia,    1985 Dain Place,    Lomon Grove, CA 91945-4275
9206063      +San Diego National Bank,    1075 Rosecrans Street,    San Diego, CA 92106-3044
9206065      +State Compensation Insurance Fund,    POB 7980,    San Francisco, CA 94120-7980
9206066      +Sysco Foods,    12180 Kirkham Road,    Poway, CA 92064-6879
9206068      +The Pepsi Bottling Group,    7995 Armour Street,    San Diego, CA 92111-3717
9206069      +Time Payment Corp.,    10 - M Commerce Way,    Woburn, MA 01801-1028
9206070      +Total Bio,    1900 N. Boca Avenue,    Los Angeles, CA 90032-3710
9206071      +Total Plumbing & Mechanical,    857 32nd Street,    San Diego, CA 92102-3339
9206072      +United Guaranty,    POB 20327,    Greensboro, NC 27420-0327
9206073      +Wachovia Dealer Services,    POB 25341,    Santa Ana, CA 92799-5341
9206074      +West Air Gases & Equipment,    POB 620338,    San Diego, CA 92162-0338
9206075      +Yellowpages.com,    4840 E. Jasmine Street, Ste. 105,    Mesa, AZ 85205-3321
9206076      +Young's Market Co.,    POB 30145,    Los Angeles, CA 90030-0145

The following entities were served by electronic transmission on Feb 29, 2008.
smg           EDI: CALTAX.COM Feb 29 2008 02:26:00      Franchise Tax Board,    Attn: Bankruptcy,
               P.O. Box 2952,    Sacramento, CA  95812-2952
smg           E-mail/PDF: ustp.region15@usdoj.gov Feb 29 2008 06:27:35     Office of the U.S. Trustee,
               402 West Broadway, Ste. 600,    San Diego, CA  92101-8511
ust           E-mail/PDF: ustp.region15@usdoj.gov Feb 29 2008 06:27:35     United States Trustee,
               Office of the U.S. Trustee,    402 West Broadway, Sute 600,    San Diego, CA  92101-8511
9206021      +EDI: BANKAMER2.COM Feb 29 2008 02:26:00      Bank of America,    POB 15726,
               Wilmington, DE 19886-5726
9206022      +EDI: CAPITALONE.COM Feb 29 2008 02:25:00      Capital One,    POB 60024,
               City of Industry, CA 91716-0024
9206023      +EDI: COUNTRYWIDE.COM Feb 29 2008 02:26:00      Countrywide Bank,    POB 10219,
               Van Nuys, CA 91410-0219
9206033      +EDI: HFC.COM Feb 29 2008 02:25:00      HFC,    POB 60101,    City of Industry, CA 91716-0101
9206035      +EDI: HFC.COM Feb 29 2008 02:25:00      HSBC,    POB 60102,    City of Industry, CA 91716-0102
```

```
District/off: 0974-3          User: jhoward            Page 2 of 2            Date Rcvd: Feb 28, 2008
Case: 07-06558                Form ID: b18             Total Served: 72

The following entities were served by electronic transmission (continued)
9206037      EDI: IRS.COM Feb 29 2008 02:25:00      Internal Revenue Service,    24000 Avila Rd.,
             Mail Stop 5501,    Laguna Niguel, CA  92677
9206039      +EDI: RMSC.COM Feb 29 2008 02:25:00      JC Penny,    POB 960001,    Orlando, FL 32896-0001
9206047      +EDI: RMSC.COM Feb 29 2008 02:25:00      Mervyns,    POB 960013,    Orlando, FL 32896-0013
9206067      +EDI: WTRRNBANK.COM Feb 29 2008 02:26:00      Target National Bank,    POB 59317,
             Minneapolis, MN 55459-0317
11377297     EDI: ECAST.COM Feb 29 2008 02:26:00      eCAST Settlement Corporation,    POB 35480,
             Newark NJ 07193-5480
                                                                                             TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9206045      Maria & Maria Busalacchi,    NEED ADDRESS
9206061      Rose Castagnola,    NEED ADDRESS
                                                                                         TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 01, 2008**                    **Signature:**    *Joseph Speetjens*